IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KERON JEFFRIES**                                                  **PLAINTIFF**

**V.**                                      **NO. 3:20-CV-317-DMB-JMV**

**SNAP-ON LOGISTICS COMPANY**                                    **DEFENDANT**

## ORDER

On June 17, 2022, United States Magistrate Judge Jane M. Virden held a settlement conference with the parties. Doc. #45. The minutes from the conference reflect the case was settled. *Id.* Accordingly, the defendant's pending motion for summary judgment [26] and motion in limine [34] are **DENIED without prejudice as moot**.

**SO ORDERED**, this 17th day of June, 2022.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**